UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

**RICHARD SCHRIEVER and**
**PAMELA SCHRIEVER,**

    **Plaintiffs,**

v.                                       **CASE NO.:**

**NAVIENT SOLUTIONS, INC.,**

    **Defendant.**
_____/

**NOTICE OF REMOVAL**

Defendant Navient Solutions, Inc. ("Navient"), through undersigned counsel, notices the removal of the civil action bearing case number 14-002189-CA on the docket of the Twentieth Judicial Circuit Court, in and for Charlotte County, Florida, to the United States District Court for the Middle District of Florida—Ft. Myers Division. This Court has jurisdiction under 28 U.S.C. § 1331, federal question jurisdiction. The grounds for removal are as follows:

**I.**

Plaintiffs commenced their civil action by filing a Complaint in State Court on or about September 9, 2014, against Sallie Mae, Inc. On October 13, 2014, Plaintiffs filed their Amended Complaint naming the proper party-defendant, Navient Solutions, Inc., f/k/a Sallie Mae, Inc. The Amended Complaint was served on Navient on October 13, 2014. Plaintiffs' Amended Complaint alleges that Navient is liable to them for statutory and actual damages due to alleged violations of the federal Telephone Consumer Practices Act, 47 U.S.C. § 227 ("TCPA"), and the Florida Consumer Collection Practices Act, §§ 559.55, *et seq.* ("FCCPA").

**II.**

This Court has jurisdiction over this civil action pursuant to 28 U.S.C.A. § 1331, as Plaintiffs' TCPA claim arises under the laws of the United States. *See Mims v. Arrow Financial Services, LLC*, 132 S.Ct. 740, 181 L.Ed. 2d 881 (2012). This Court should exercise supplemental jurisdiction over the state law claim as it is based on the same telephone calls as the TCPA claim such that the state law claim is so related to the federal claim that it forms part of the same case or controversy under Article III of the U.S. Constitution.

**III.**

Removal is timely pursuant to 28 U.S.C. § 1446(b)(1) as this Notice of Removal is being filed within thirty (30) days of service of Plaintiffs' Amended Complaint upon Navient and within thirty (3)) days of service of the original Complaint upon Sallie Mae, Inc.

**IV.**

Pursuant to 28 U.S.C. §1446(a) and the local rules of court, copies of all process, pleadings, and orders served upon Defendants are being separately filed with this Notice of Removal.

**V.**

Concurrent with the filing of this Notice of Removal, notice is being given to all parties, and a copy of this Notice of Removal is being filed with the Clerk of Court for the Twentieth Judicial Circuit Court in and for Charlotte County, Florida.

WHEREFORE, Defendant Navient Solutions, Inc. gives notice that the proceeding bearing case number 14-002189-CA on the docket of the Twentieth Judicial Circuit Court in and for Charlotte County, Florida, entitled *Richard Schriever and Pamela Schriever v. Navient Solutions, Inc.* is removed therefrom to the docket of this Court for trial and determination as provided by law. Defendant prays that this Court enter such orders and issues such processes as

may be proper to bring before it a copy of all related records and proceedings in the State Court and there upon proceed with this civil action as if it had originally commenced in this Court.

        Respectfully Submitted,

        */s/ Scott P. Yount*
        Scott P. Yount, FBN: 21352
        Laura H. Compton, FBN: 36896
        Garrison, Yount, Forte & Mulcahy, L.L.C.
        601 Bayshore Boulevard, Suite 800
        Tampa, Florida 33606
        Phone: 813-275-0404
        Fax: 813-275-0304
        E-mail: syount@garrisonyount.com
        E-mail: lcompton@garrisonyount.com
        Attorneys for Defendant

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via E-mail to: Joseph C. LoTempio (jlotempio@dellutrilawgroup.com), counsel for Plaintiffs, this 15th day of October, 2014.

        */s/ Scott P. Yount*
        Scott P. Yount, FBN: 21352